UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:21-cv-1588

        Plaintiff,

   v.   ORDER

$19,100 in U.S. Currency,

        Defendant.

     In June 2018, an Ohio State Highway Patrolman seized $19,100 during a traffic stop near mile marker 11 on U.S. Route 24 in Paulding County, Ohio. (Doc. No. 1 at 1). The vehicle was registered to Marvin Osei and driven by Marvin's brother, Derick Osei. (*Id.* at 2-3). An investigation revealed the funds belonged to Marvin, Derick, and others in connection with the purchase and sale of cell phones by use of fraudulently obtained credit card information. (*Id.* at 4-5). The government seeks forfeiture of the funds pursuant to 18 U.S.C. § 981(a)(1)(C). (*Id.* at 5).

     Pursuant to the government's application, default was entered by the Clerk of Court on November 2, 2021, after notice of this forfeiture action was posted for at least 30 consecutive days on an official government forfeiture website and neither Derick nor Marvin submitted a response to the complaint in forfeiture. (Doc. No. 6 at 1-2). The government further noted no other individual or entity filed a verified claim regarding the property. (*Id.*).

     The government now has moved for a default judgment pursuant to Federal Rule of Civil Procedure 55. (Doc. No. 7). After reviewing the government's filings, I conclude the government is entitled to a default judgment under Rule 55(b) and grant its motion.

It hereby is ordered that a judgment of default is entered against Derick Osei, Marvin Osei, and any other individual or entity who may have had, but have failed to file, a claim in this case regarding the defendant property, and the defendant property - $19,000 in U.S. Currency – is forfeited to the United States of America, and no right, title, or interest shall exist in any other party.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge